UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :    INFORMATION
                                :
          - v. -                :    07 07 CRIM. 374 (CLB)
                                :
MICHAEL CONNORS,                :
                                :
          Defendant.            :
                                :
- - - - - - - - - - - - - - - - x

U.S. DISTRICT COURT
FILED
MAY 02 2007
S.D. W.P. OF N.Y.

COUNT ONE

          The United States Attorney charges:

          1.    In or about August 2006, in the Southern District of
New York and elsewhere, MICHAEL CONNORS, the defendant, unlawfully,
willfully, and knowingly did possess any book, magazine,
periodical, film, videotape, computer disk, and any other materials
that contained images of child pornography that had been mailed,
and shipped and transported in interstate and foreign commerce by
any means, including by computer, and that was produced using
materials that had been mailed, and shipped and transported in
interstate and foreign commerce by any means, including by
computer, to wit, computer files containing images of child
pornography.

          (Title 18, United States Code, Section 2252A(a)(5)(B).)

                                        _Michael J. Garcia_____
                                        MICHAEL J. GARCIA
                                        United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____