# UNITED STATES DISTRICT COURT

## FOR THE

### SOUTHERN DISTRICT OF NEW YORK



MAY 0 2 2007

**UNITED STATES OF AMERICA,**                          :

       v.                                                      07 Cr. 374 (CLB)

**MICHAEL CONNORS,**                                   :

                 Defendant.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    **MICHAEL CONNORS,** the above-named defendant, who is accused of violating Title

18, United States Code, Section 2252A, having been advised of the nature of the charge and of

her rights, hereby waives in open court prosecution by indictment and consents that the

proceeding may be by information instead of by indictment.

                                     _____

                                        Defendant.

                                     _____

                                        Counsel for Defendant.

Date:  White Plains, New York
        May 2 , 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:



EXHIBIT