LAW OFFICE OF
# Luis Andrew Penichet
COURTHOUSE SQUARE
140 GRAND STREET
WHITE PLAINS, NEW YORK 10601

LUIS ANDREW PENICHET
JEANNA M. ALBERGA

TELEPHONE: (914) 997-7600
FACSIMILE: (914) 997-8155
EMAIL: INBOX@PENLAW.NET

*[Margin annotation, left side:]* MARK D. FOX / United States Magistrate Judge / Southern District of New York

**VIA FACSIMILE & REGULAR MAIL**

May 4, 2007

Honorable Judge Fox
US Courthouse
300 Quarropas Street
White Plains, New York 10601

*[Stamp:]* U.S. DISTRICT COURT FILED MAY 07 2007 S.D. OF N.Y. W.P.

Re: US vs. Michael Connors
    Docket No: 6M1441
    7:07 CR 374

Honorable Judge Fox:

Please be advised that our office represents the Defendant, Michael Connors, in the above referenced matter.

On behalf of Mr. Connors, I hereby request that he be allowed to take his mother, Marie Allbee, to Putnam Community Hospital located in Carmel, New York on Tuesday May 8, 2007 at 7:00 A.M. She will be undergoing surgery to remove a cancerous lymph node. After the procedure Mr. Connors would like to accompany his mother back to her home.

On Wednesday May 9, 2007, Mr. Connors would also like to check on his mother at her home from 7:00 A.M. until 10:00 A.M.

Ms. Allbee's address is 12 Viola Road, Mahopac, New York and her telephone number is (845) 628-8891. The travel time to and from his home will be forty-five minutes.

Please be advised that we have received consent from both Mr. Vincent B. Adams, Mr. Connors' Pre-Trial Duty Officer and Nola Heller, the Assistant United States Attorney assigned to this matter.

Respectfully yours,

*[Signature]*

LUIS ANDREW PENICHET

*[Margin annotation, left side:]* Application granted on consent. So Ordered. *[signature]*

LAP/jr
cc: Mr. Vincent Adams
    Ms. Nola Heller
    Mr. Michael Connors

MICROFILM
MAY 07 2007
USDC SD NY WP