LAW OFFICE OF
## LUIS ANDREW PENICHET
COURTHOUSE SQUARE
140 GRAND STREET
WHITE PLAINS, NEW YORK 10601

LUIS ANDREW PENICHET
JEANNA M. ALBERGA

TELEPHONE: (914) 997-7600
FACSIMILE: (914) 997-8155
EMAIL: INBOX@PENLAW.NET

**MEMO ENDORSED** May 9, 2007



**VIA FACSIMILE & REGULAR MAIL**

Honorable Judge Fox
US Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: US vs. Michael Connors
Docket No: ~~6M1441~~  07 CR 374

Your Honor:

Please be advised that our office represents the Defendant, Michael Connors, in the above referenced matter.

On behalf of Mr. Connors, I hereby request that he be allowed to spend Mother's Day with his mother and family at the home of his sister, Joanne Tocci, Sunday, May 13, 2007 from 11:00 a.m. until 8:30.p.m. It should be noted that there will be no unsupervised contact with any minors. I apologize for the short notice, however Mr. Connors has been distracted with his mother's illness.

Ms. Tocci's address is 272 Route 6N, Mahopac, New York and her telephone number is (845) 628-8891. The travel time is approximately 45 minutes, therefore Mr. Connors will be home no later than 9:15 p.m.

Please be advised that we have received consent from both Ms. Margaret Smusz, Mr. Connors' Supervising Pre-Trial Duty Officer and Nola Heller, the Assistant United States Attorney assigned to this matter.

Respectfully yours,

*Luis Andrew Penichet* /km
LUIS ANDREW PENICHET

LAP/kmc
cc: Mr. Vincent Adams
    Ms. Nola Heller
    Mr. Michael Connors

MICROFILM
MAY 10 2007
USDC SDNY WP

*[Handwritten endorsement in margin:]* Deemed letter motion. Motion granted. SO ORDERED. Hon. Margaret Lynn (?) Chief U.S. Magistrate Judge 5-9-07