## LAW OFFICE OF
## LUIS ANDREW PENICHET
COURTHOUSE SQUARE
140 GRAND STREET
WHITE PLAINS, NEW YORK 10601

LUIS ANDREW PENICHET
JEANNA M. ALBERCA

TELEPHONE: (914) 997-7600
FACSIMILE: (914) 997-8155
EMAIL: INBOX@PENLAW.NET

May 17, 2007

**VIA FACSIMILE & REGULAR MAIL**

Hon. Mark D. Fox
US Courthouse
300 Quarropas Street
White Plains, New York 10601


U.S. DISTRICT COURT FILED MAY 17 2007 S.D. OF N.Y. W.P.

**Re: US vs. Michael Connors**
**Docket No: 07 CR 374**

Honorable Judge Fox:

Please be advised that our office represents the Defendant, Michael Connors, in the above referenced matter.

On behalf of Mr. Connors, I am requesting that he be allowed to go immediately to Putnam Hospital, located at Stoneleigh Avenue, Carmel New York to attend to his Mother and to assist his sister, Joanne Tocci, whose husband has just died unexpectedly at the hospital.

Our request is to encompass that he leave immediately for the hospital and then return with his sister to her home located 272 Route 6N, Mahopac, New York until 11:00 p.m. Her telephone number is (845) 628-8891. The travel time is approximately 45 minutes, therefore Mr. Connors will be home no later than 12:15 a.m.

Please be advised that we have received consent from both Vincent Adams, Mr. Connors' Pre-Trial Duty Officer and Nola Heller, the Assistant United States Attorney assigned to this matter.

Respectfully yours,

*Luis Andrew Penichet/Kmc*

LUIS ANDREW PENICHET

LAP/kmc
cc:   Mr. Vincent Adams
      Ms. Nola Heller
      Mr. Michael Connors

[Handwritten margin note: MARK D. FOX, United States Magistrate Judge, Southern District of New York — Application Granted on Consent 5/17/07]

# FAX COVER SHEET

**LAW OFFICES OF LUIS ANDREW PENICHET, ESQ.**
140 Grand Street
White Plains, New York 10601

(914) 997-7600
(914) 997-8155 fax

email: lapenichet@penlaw.net

| SEND TO: | Hon. Mark D. Fox<br>Vincent Adams<br>Ms. Nola Heller | FROM | Luis Andrew Penichet, Esq.<br>Law Offices of Luis Andrew Penichet |
|---|---|---|---|
| FAX NUMBER: | 914.390.4135<br>914.390.4035<br>914.682.3392 | DATE | May 17, 2007 |
| TOTAL PAGES | 2, including cover | REFERENCE | US v. Connors |

## PRIVILEGED AND CONFIDENTIAL

The information contained in this facsimile message is attorney-privileged and confidential Information intended only for the use of the Individual or entity named below and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and immediately return the original message and all enclosures to us at the above address by mail. Thank you.

**NOTICE:**

Our fax machine receives calls only between 9:00 a.m. and 5:00 p.m. Pursuant to CPLR 2103 9(b)(5) the fax transmittal telephone number of this office is not designated as a proper number for the service of documents, notices or papers in this or any other action or proceeding. Service must be accomplished pursuant to any other paragraph of Rule 2103 (b).

**MESSAGE:**

# EMERGENCY: PLEASE ADVISE