MEMO ENDORSED

LAW OFFICE OF
## LUIS ANDREW PENICHET
COURTHOUSE SQUARE
140 GRAND STREET
WHITE PLAINS, NEW YORK 10601

LUIS ANDREW PENICHET
JEANNA M. ALBERGA

TELEPHONE: (914) 997-7600
FACSIMILE: (914) 997-8155
EMAIL: INBOX@PENLAW.NET

*U.S. DISTRICT COURT FILED MAY 18 2007 W.P. S.D. OF N.Y.*

May 18, 2007

**VIA FACSIMILE & REGULAR MAIL**

Hon. Charles L. Bryant
US Courthouse
300 Quarropas Street
White Plains, New York 10601

> Re: US vs. Michael Connors
> Docket No: 07 CR 374 CLB

Honorable Judge Bryant:

Please be advised that our office represents the Defendant, Michael Connors, in the above referenced matter. Yesterday, on behalf of Michael Connors, we requested an emergency visitation schedule due to the unexpected death of his brother-in-law, Mr. Joseph Tocci. In our haste the request was sent to and granted by the Hon. Mark D. Fox. For your review I have attached a copy of said request.

Further to my letter to Judge Fox and on behalf of Mr. Connors, I am requesting that he be allowed to support his family during this time of crisis for the next few days to make funeral arrangements and to attend the following events:

Today, immediately following Mr. Connors' 11:00 A.M. meeting with the Probation Department, that he be allowed to assist his sister, Joanne Tocci in making the funeral arrangements for his brother-in-law, Joseph Tocci, at the Joseph Smith Funeral Home, located on Route 6, Mahopac, New York The phone number there is (845) 621-1992. I would request that he be allowed to return to with her and his mother to Ms. Tocci's home until 11:00 P.M.

Tomorrow, Saturday, May 19, 2007; I request that Mr. Connors be allowed to spend the day again, at his sister's home from the hours of 9:00 A.M. through 11:00 p.m.

Sunday, May 20, 2007; I request that he be allowed to begin the day at his sister's home, at 9:00 A.M.; to proceed to the wake which is to be held at the Joseph Smith Funeral Home, located on Route 6, Mahopac, New York from 3:00-7:00 p.m. The phone number there is (845) 621-1992; and then Mr. Connors would like to again return to his sister's home with his family until 11:00 P.M.

*[Handwritten margin notation: Application Granted So Ordered Charles L. Bryant USDJ May 18, 2007]*

*[Stamp: MICROFILM MAY 18 2007 W.P.]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____]*

Hon. Charles L. Bryant
May 18, 2007
Page Two

    Monday, May 21, 2007; I request that he be allowed to begin the day at his sister's home, at 9:00 A.M.; to proceed to the Joseph Smith Funeral Home, proceed to St. John's Church located at East Lake Boulevard, Mahopac (845) 628-2006 for the Mass of Christian Burial will be held at 10:00 A.M. After Mass, Mr. Connors will proceed with his family to the Rose Hill Cemetary, located at Caretaker Adams Corner, Putnam Valley. The phone number there is (845) 528-2131. The family will then leave immediately for Arturo's Restaurant located at 878 Route 6, Mahopac, New York (845) 621-3836. Finally, I request that Mr. Connors be allowed to return with his immediate family to the home of his sister, Joanne Tocci, again until 11:00 P.M.

    Again, it should be noted that last night, Mr. Connors received permission to stay with his family until 11:00 P.M., but was back at his home earlier in the evening. As Your Honor is aware, a family death is an extremely draining event, both physically and emotionally for everyone involved. While I am requesting that he be given until 11:00 P.M. every evening to be with his mother and sister, Mr. Connors may in fact, return to his home earlier than 11:00 P.M.

    Ms. Tocci's home is located at 272 Route 6N, Mahopac, New York. Her telephone number is (845) 628-8891. The travel time is approximately 45 minutes from Mr. Connors' home, therefore Mr. Connors will be home no later than 12:15 a.m.

    Please be advised that we have received consent from both Vincent Adams, Mr. Connors' Pre-Trial Duty Officer and Nola Heller, the Assistant United States Attorney assigned to this matter.

                                             Respectfully yours,

                                             LUIS ANDREW PENICHET

LAP/kmc
Enclosure

cc:   Mr. Vincent Adams
       Ms. Nola Heller
       Mr. Michael Connors

LAW OFFICE OF
LUIS ANDREW PENICHET
COURTHOUSE SQUARE
140 GRAND STREET
WHITE PLAINS, NEW YORK 10601

LUIS ANDREW PENICHET
JEANNA M. ALBERGA

TELEPHONE: (914) 997-7600
FACSIMILE: (914) 997-8155
EMAIL: INBOX@PENLAW.NET

May 17, 2007

**VIA FACSIMILE & REGULAR MAIL**

Hon. Mark D. Fox
US Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: **US vs. Michael Connors**
<u>Docket No: 07 CR 374</u>

Honorable Judge Fox:

Please be advised that our office represents the Defendant, Michael Connors, in the above referenced matter.

On behalf of Mr. Connors, I am requesting that he be allowed to go immediately to Putnam Hospital, located at Stoneleigh Avenue, Carmel New York to attend to his Mother and to assist his sister, Joanne Tocci, whose husband has just died unexpectedly at the hospital.

Our request is to encompass that he leave immediately for the hospital and then return with his sister to her home located 272 Route 6N, Mahopac, New York until 11:00 p.m. Her telephone number is (845) 628-8891. The travel time is approximately 45 minutes, therefore Mr. Connors will be home no later than 12:15 a.m.

Please be advised that we have received consent from both Vincent Adams, Mr. Connors' Pre-Trial Duty Officer and Nola Heller, the Assistant United States Attorney assigned to this matter.

Respectfully yours,

Luis Andrew Penichet /Kmc
LUIS ANDREW PENICHET

LAP/kmc
cc:  Mr. Vincent Adams
     Ms. Nola Heller
     Mr. Michael Connors