**MEMO ENDORSED**

LAW OFFICE OF
LUIS ANDREW PENICHET
COURTHOUSE SQUARE
140 GRAND STREET
WHITE PLAINS, NEW YORK 10601

LUIS ANDREW PENICHET
JEANNA M. ALBERGA

TELEPHONE: (914) 997-7600
FACSIMILE: (914) 997-8155
EMAIL: INBOX@PENLAW.NET

June 21, 2007

**VIA FACSIMILE & REGULAR MAIL**
Hon. Charles L. Brieant
US Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: **US vs. Michael Connors**
Docket No: **07 CR 374 CLB**

Honorable Judge Brieant:

Please be advised that our office represents the Defendant, Michael Connors, in the above referenced matter. On behalf of Michael Connors, we are requesting that he be allowed to spend the following times with his family and to attend the following events:

On Wednesday, July 4, 2007, 10:30 A.M. to 10:30 P.M. to enjoy the holiday with his family, at the home of his sister, Ms. Joanne Tocci. Ms. Tocci's home is located at 272 Route 6N, Mahopac, New York. Ms. Tocci's telephone number is (845) 628-8891. The travel time is approximately 45 minutes from Mr. Connors' home.

On Saturday, July 7, 2007; I request that Mr. Connors be allowed to spend the day again, at his sister's home from the hours of 10:30 A.M. through 11:30 P.M. to celebrate his mother's 80th birthday. The entire family will be present with Mr. Connors' siblings flying in from California.

On Sunday, July 8, 2007; I request that he be allowed to again join the family gathering which is centered around his mother.

Please be advised that we have received consent from both Vincent Adams, Mr. Connors' Pre-Trial Duty Officer and Nola Heller, the Assistant United States Attorney assigned to this matter. Additionally, there will be no unsupervised contact with any minors.

Respectfully yours,

Luis Andrew Penichet /kmc

LUIS ANDREW PENICHET

LAP/kmc
Enclosure
cc: Mr. Vincent Adams
 Ms. Nola Heller
 Mr. Michael Connors

*[Handwritten on left margin:]* Application Granted So ORDERED Charles L. Brieant USDJ June 25, 2007