LAW OFFICE OF
LUIS ANDREW PENICHET
COURTHOUSE SQUARE
140 GRAND STREET
WHITE PLAINS, NEW YORK 10601

LUIS ANDREW PENICHET
JEANNA M. ALBERGA
OF COUNSEL
FRED L. SHAPIRO

TELEPHONE: (914) 997-7600
FACSIMILE: (914) 997-8155
EMAIL: INBOX@PENLAW.NET

*Application Granted.*

July 11, 2007   *So Ordered*

*July 11, 2007 Charles L. Brieant*

*USDJ*

*07CR37*

**VIA FACSIMILE
& REGULAR MAIL**
Hon. Charles L. Brieant
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: US v. Michael Connors
Docket No.: 07 CR274 CLB

Honorable Judge Brieant:

Our office represents Michael Connors in the above referenced matter which is currently scheduled for sentencing on Monday, July 30, 2007.

It is respectfully requested that the above matter be adjourned, on consent of AUSA Nola Heller, from Monday, July 30, 2007 to Wednesday, September 5, 2007 at 9 A.M. for sentencing.

I thank the Court for its professional courtesies in this matter. I await the direction of the Court.

Respectfully yours,

Luis Andrew Penichet

LAP:jma
cc:   AUSA Nola Heller
     Mr. Vincent Adams