LAW OFFICE OF
## LUIS ANDREW PENICHET
COURTHOUSE SQUARE
140 GRAND STREET
WHITE PLAINS, NEW YORK 10601

LUIS ANDREW PENICHET
JEANNA M. ALBERGA

TELEPHONE: (914) 997-7600
FACSIMILE: (914) 997-8155
EMAIL: INBOX@PENLAW.NET

July 17, 2007

**VIA FACSIMILE**

Hon. Charles L. Brieant
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: US v. Michael Connors
Docket No.: 07 CR274 CLB

Dear Nola,

This is to confirm that the date for sentencing of Michael Connors, which is currently scheduled for Monday, July 30, 2007 has been adjourned until Wednesday, September 5, 2007 at 9 A.M.

I thank you and the Court for its professional courtesies in this matter.

Respectfully yours,

Kathy M. Coppola

KMC/dbd
cc:  Hon. Charles L. Brieant (via facsimile)
     Mr. Vincent Adams
     Mr. Michael Connors