LAW OFFICE OF
# LUIS ANDREW PENICHET
COURTHOUSE SQUARE
140 GRAND STREET
WHITE PLAINS, NEW YORK 10601

LUIS ANDREW PENICHET
JEANNA M. ALBERGA

OF COUNSEL
FRED L. SHAPIRO

TELEPHONE: (914) 997-7600
FACSIMILE:  (914) 997-8155
EMAIL: INBOX@PENLAW.NET

July 11, 2007

**VIA FACSIMILE
& REGULAR MAIL**
Hon. Charles L. Brieant
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

*[Stamped: MEMO ENDORSED]*
*Application Granted*
*So Ordered*
*August 1, 2007   Charles L. Brieant*

Re: US v. Michael Connors
Docket No.: 07 CR274 CLB

Honorable Judge Brieant:

Our office represents Michael Connors in the above referenced matter which is currently scheduled for sentencing on Monday, July 30, 2007.

It is respectfully requested that the above matter be adjourned, on consent of AUSA Nola Heller, from Monday, July 30, 2007 to Wednesday, September 5, 2007 at 9 A.M. for sentencing.

I thank the Court for its professional courtesies in this matter. I await the direction of the Court.

Respectfully yours,

Luis Andrew Penichet

LAP:jma
cc:   AUSA Nola Heller
      Mr. Vincent Adams
      *[handwritten] Mr. Michael Connors*