LAW OFFICE OF
# LUIS ANDREW PENICHET
COURTHOUSE SQUARE
140 GRAND STREET
WHITE PLAINS, NEW YORK 10601

**MEMO ENDORSED**

LUIS ANDREW PENICHET
JEANNA M. ALBERGA

TELEPHONE: (914) 997-7600
FACSIMILE: (914) 997-8155
EMAIL: INBOX@PENLAW.NET

July 31, 2007

**VIA FACSIMILE & REGULAR MAIL**
Hon. Charles L. Brieant
US Courthouse
300 Quarropas Street
White Plains, New York 10601

MARK D. FOX
United States Magistrate Judge
Southern District of New York

Re: **US vs. Michael Connors**
   <u>Docket No: 07 CR 374 CLB</u>

Honorable Judge Brieant:

Please be advised that our office represents the Defendant, Michael Connors, in the above referenced matter.

After taking his plea, Mr. Connors was relieved of his duties with the United States Postal Service and is in need of employment. He has been given the opportunity to work as a carpenter's assistant, by his niece's husband, Mr. John Biddle. Enclosed for your review is a letter dated, July 18, 2007 with regard to same.

On behalf of Michael Connors, we are requesting that he be allowed to work for Mr. Biddle during the hours of 8:00 a.m. through 6:00 p.m. Mr. Connors realizes that he must still keep his appointments with his counselors at the regularly scheduled times.

Mr. Connors is scheduled to work at 711 Hoyt Road, Pound Ridge, New York from August 1, 2007 - August 19, 2007 and then he will be working at 128 Brook Farm Road East, Bedford, New York from August 20, 2007 - November 20, 2007.

Please be advised that we have received consent from both Vincent Adams, Mr. Connors' Pre-Trial Duty Officer and Nola Heller, the Assistant United States Attorney assigned to this matter. Additionally, there will be no unsupervised contact with any minors.

Application granted on consent. So ordered. 8/1/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Respectfully yours,

*Kathy M. Coppola*
KATHY M. COPPOLA

KMC/dbd
Enclosure
cc:  Mr. Vincent Adams
     Ms. Nola Heller
     Mr. Michael Connors