UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

    - against-

*Michael Connors*

    Defendant.
------------------------------------------------------------x

07 Cr. 371 (CLB)

**SURRENDER ORDER**

It is hereby ORDERED that *Michael Connors*, the Defendant, having been sentenced in the above case to the custody of the Attorney General, is hereby ordered to surrender himself/herself to the Attorney General by reporting to the Correctional Institution to be designated by the Bureau of Prisons at 2:00 p.m. on 10/15/07.

    *Charles Brieant*
    Charles L. Brieant, U.S.D.J.

    *September 5, 2007*
    Date

*Acknowledgment:*

    I agree to report as directed in this Order and understand that if I fail to do so I may be cited for contempt of court, and if convicted of contempt may be punished by imprisonment or fine, or both.

_____    _____
(Attorney/Witness)    (Defendant)

cc:    U.S. Marshal, SDNY
        Probation Dept., SDNY
        US Attorney, SDNY
        Defense Counsel