LAW OFFICE OF
LUIS ANDREW PENICHET
COURTHOUSE SQUARE
140 GRAND STREET
WHITE PLAINS, NEW YORK 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

TELEPHONE: (914) 997-7800
FACSIMILE: (914) 997-8155
EMAIL: INBOX@PENLAW.NET

LUIS ANDREW PENICHET
JEANNA M. ALBERGA

OF COUNSEL
FRED L. SHAPIRO

October 15, 2007

**VIA FACSIMILE & REGULAR MAIL**
Hon. George A. Yanthis, Magistrate
US Courthouse
300 Quarropas Street
White Plains, New York 10601

## MEMO ENDORSED

Re: US vs. Michael Connors
Docket No: 07 CR 374 CLB

Honorable Magistrate Yanthis:

Please be advised that our office represents the Defendant, Michael Connors, in the above referenced matter.

As the Court is aware, Mr. Connors was scheduled to turn himself into the Bureau of Prisons today. On behalf of Michael Connors, we are requesting a one day extension allowing Mr. Connors to turn himself in to the Bureau of Prisons, tomorrow October 16, 2007 at 2 P.M. because Mr. Connors did not learn of the facility which he is designated to until today.

Please be advised that we have received consent from Vincent Adams, Mr. Connors' Pre-Trial Duty Officer.

Respectfully yours,

JEANNA M. ALBERGA

Application granted;

SO ORDERED:
_____  10/15/07
Hon. George A. Yanthis
United States Magistrate Judge.

JMA:bm
cc:  Mr. Vincent Adams
     Mr. Michael Connors